IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | ORDER FOR MEDICAL TREATMENT |
| vs. ) | JUDGE DALE A. KIMBALL MAGISTRATE JUDGE PEAD |
| JASON CUMMINS, ) | Case No. 1:18-CR-48 DK |
| Defendant. ) | |

Based on the self-inflicted injury of the defendant, Jason Cummings, on October 22, 2018 and the urgent need for medical treatment the Court hereby Orders;

The United States Marshal's Office, Davis County Jail, Hospital Medical Treatment Providers shall provide all necessary medical treatment to the defendant including surgery, therapy, out-patient care necessary to address Mr. Cummings' injuries.

DATED this 23rd day of October, 2018.

_____
HONORABLE JUDGE DALE KIMBALL
UNITED STATES DISTRICT COURT JUDGE

1